UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:                                                             Case No.: 13-12120

LEVEL III TRADING PARTNERS, LP,                    Section "A"

         Debtor                                                     Chapter 11

## ORDER

The debtor having filed a Motion to Convert this Chapter 7 case to a Case Under Chapter 11, which absolute right of conversion is given to the debtor under Sec. 706(a) of the Bankruptcy Code, and the debtor being eligible to be a debtor under Chapter 11;

**IT IS ORDERED** that the Debtor's Motion be, and it hereby is, GRANTED; and

**IT IS FURTHER ORDERED** that the Involuntary Chapter 7 proceeding filed herein on August 2, 2013 (P-1) be, and it hereby is, converted to a case under Chapter 11 of the Bankruptcy Code.

New Orleans, Louisiana, October 1, 2013.

                                                                        Hon. Elizabeth W. Magner
                                                                        U.S. Bankruptcy Judge