B6F (Official Form 6F) (12/07)

In re **Level III Trading Partners, LP** , Case No. **13-12120**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anne Patridge IRA**<br>**(Self Directed Inc.)**<br>**4 Chapleton Cottages**<br>**Aberfeldy Perthshire, PH152JS UK** | | - | **Unpaid Redemption of fund subscription based on unaudited 2011 year-end account values** | | | | 33,255.96 |
| Account No.<br><br>**Bruce A. Gwyn**<br>**220 Hector Avenue**<br>**Metairie, LA 70005** | | - | **Same as above.** | | | | 785.47 |
| Account No.<br><br>**Charlotte C. Meade**<br>**P.O. Box 15167**<br>**New Orleans, LA 70175** | | - | **Same as above.** | | | | 69,996.78 |
| Account No.<br><br>**Connie Sampognaro**<br>**2503 Broadmoor Blvd.**<br>**Monroe, LA 71201** | | - | **Same as above.** | | | | 158,748.95 |
| __4__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 262,787.16 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Level III Trading Partners, LP**, Case No. **13-12120**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Garner Tullis McAshan<br>P.O. Box 15167<br>New Orleans, LA 70175 | | - | Same as above. | | | | 69,996.78 |
| Account No.<br>Gene & Linda Fendler, TC<br>1102 Metairie Road<br>Metairie, LA 70005 | | - | Same as above. | | | | 66,511.92 |
| Account No.<br>Gregory C. Sampognaro<br>2503 Broadmoor Boulevard<br>Monroe, LA 71201 | | - | Same as above. | | | | 304,056.30 |
| Account No.<br>James A. Ghio<br>10 NO. Section Street<br>Fairhope, AL 36533 | | - | Same as above. | | | | 603.82 |
| Account No.<br>Jennifer Jung<br>307 Ridglake Drive<br>Daphne, AL 36526 | | - | Same as above. | | | | 19,213.71 |

Sheet no. **1** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **460,382.53**

B6F (Official Form 6F) (12/07) - Cont.

In re **Level III Trading Partners, LP**, Case No. **13-12120**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**John and Amanda Madden**<br>**105 Schooley Circle**<br>**Daphne, AL 36526** | - | | Same as above. | | | | 131,263.72 |
| Account No.<br>**John McManus & Rhonda Rossi**<br>**757 SE 17th Street**<br>**Ste., #224**<br>**Fort Lauderdale, FL 33301** | - | | Same as above. | | | | 129,177.63 |
| Account No.<br>**John Richard Acland**<br>**1314 La Olas Blvd.**<br>**Fort Lauderdale, FL 33301** | - | | Same as above. | | | | 73,055.11 |
| Account No.<br>**Kenneth Alexander McAshan**<br>**P.O. Box 15167**<br>**New Orleans, LA 70175** | - | | Same as above. | | | | 66,812.66 |
| Account No.<br>**Kenneth Hudson McAshan**<br>**P.O. Box 15167**<br>**New Orleans, LA 70175** | - | | Same as above. | | | | 69,996.78 |

Sheet no. **2** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **470,305.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Level III Trading Partners, LP**                ,  Case No. **13-12120**
                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Level III Trading Management, LLC**<br>**220 Hector Avenue**<br>**Metairie, LA 70005** | - | | **Incentive Fees Due for 1st and 2nd Quarters, 2012** | | | | **Unknown** |
| Account No.<br>**Robert B. McManos**<br>**1430 NW Whitman Street**<br>**Camas, WA 98607** | - | | **Unpaid Redemption of fund subscription based on unaudited 2011 year-end account values** | | | | **3,343.64** |
| Account No.<br>**Robert Jr. & Lori Schroider**<br>**74187 Jack Lloyd Road**<br>**Abita Springs, LA 70420** | - | | **Same as above.** | | | | **158,742.67** |
| Account No.<br>**Samantha Simms McAshan**<br>**P.O. Box 15167**<br>**New Orleans, LA 70175** | - | | **Same as above.** | | | | **70,000.04** |
| Account No.<br>**Self Directed IRA FBO**<br>**Barry A. Breland IRA**<br>**105 Ferncliff Circle**<br>**Daphne, AL 36526** | - | | **Same as above.** | | | | **36,526.27** |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **268,612.62**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Level III Trading Partners, LP**                        , Case No. __**13-12120**__
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Shannon L. Collins<br>P.O. Box 15167<br>New Orleans, LA 70175 | | - | Same as above. | | | | 10,297.16 |
| Account No.<br><br>The Christopher Dunworth McMahon Trust<br>1100 Poydras, Suite 1700<br>Attn: Catherine Davidson<br>Leake Andersson<br>New Orleans, LA 70163 | | - | Same as above. | | | | 32,227.18 |
| Account No.<br><br>William Alexander McAshan<br>P.O. Box 15167<br>New Orleans, LA 70175 | | - | Same as above. | | | | 162,426.53 |
| Account No.<br><br>William Gwyn<br>123 Walnut Street<br>Apt. 603<br>New Orleans, LA 70118 | | - | Same as above. | | | | 62,490.71 |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **267,441.58**

Total (Report on Summary of Schedules) **1,729,529.79**