## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | Case No.: 13-12120 |
| **LEVEL III TRADING PARTNERS, LP** | |
| Debtor | Chapter 11 |
| | **Judge Magner** |

_____

### AMENDED NOTICE OF HEARING ON MOTION FOR 2004 EXAMINATION

**All parties please take notice.** The hearing on the Motion for 2004 Examination of Bruce Gwyn will take place on **December 10, 2013 at 2:00 P.M.** before the Honorable Judge Elizabeth W. Magner, U.S. Bankruptcy Judge, at U.S. Bankruptcy Court, 500 Poydras Street, Courtroom B-709, New Orleans, LA 70130.

Dated this 20th day of November, 2013.

    Respectfully Submitted:

    Adam G. Young, LSBA #30124
    **Young & Cotter, LLC**
    315 South College Road, Suite 163
    Lafayette, Louisiana 70503
    337-261-8800
    337-234-3133 (f)
    adam@youngcotter.com

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that a copy of this motion and exhibits have been served on the debtor, debtor's counsel, all counsel of record, the twenty largest unsecured creditors, and the United States Trustee (see attached list) through the court's ECF system and by first class mail, postage prepaid on November 20th, 2013.

/s/ Adam G. Young

| | | |
|---|---|---|
| Label Matrix for local noticing<br>053L-2<br>Case 13-12120<br>Eastern District of Louisiana<br>New Orleans<br>Wed Nov 20 16:00:44 CST 2013 | Collector of Revenue<br>City of New Orleans<br>City Hall Annex<br>New Orleans, LA 70112 | Delinquent Accounts Unit<br>La. Department of Labor<br>Office of Regulatory Services<br>P.O. Box 44127<br>Baton Rouge, LA 70804-4127 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Level III Trading Partners, L.P.<br>220 Hector Ave.<br>Metairie, LA 70005-4118 | Louisiana Department of Revenue<br>Collection Division/Bankruptcy Section<br>P. O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| U. S. Attorney's Office<br>Eastern District of Louisiana<br>650 Poydras Street<br>Suite 1600<br>New Orleans, LA 70130-7212 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-601<br>New Orleans, LA 70130-3319 |
| Anne Patridge IRS<br>(Self Directed Inc.)<br>4 Chapleton Cottages<br>Aberfeldy Perthshire, PH152JS UK | Bruce A. Gwyn<br>220 Hector Avenue<br>Metairie, LA 70005-4118 | Charlotte C. Meade<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 |
| Connie Harter Sampognaro<br>2503 Broadmoor Blvd.<br>Monroe, Louisiana 71201-2987 | Connie Sampognaro<br>2503 Broadmoor Blvd.<br>Monroe, Louisiana 71201-2987 | Garner Tullis McAshan<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 |
| Gene & Linda Fendler, TC<br>1102 Metairie Road<br>Metairie, LA 70005-3301 | Greg Sampognaro<br>2503 Broadmoor Blvd.<br>Monroe, Louisiana 71201-2987 | Gregory Charles Sampognaro<br>2503 Broadmoor Blvd.<br>Monroe, Louisiana 71201-2987 |
| James A. Ghio<br>10 No. Section Street<br>Fairhope, Alabama 36532-2205 | Jennifer Jung<br>307 Ridglake Drive<br>Daphne, Alabama 36526 | John McManus & Rhonda Rossi<br>757 SE 17th Street, #224<br>Fort Lauderdale, Florida 33316-2960 |
| John Richard Acland<br>1314 Las Olas Blvd.<br>Ft. Lauderdale, Florida 33301-2334 | John and Amanda Madden<br>105 Schooley Circle<br>Daphne, Alabamba  36526-7735 | Kenneth Alexander McAshan<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 |
| Kenneth Hudson Franzheim McAshan<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 | Robert B. McManos<br>1430 NW Whitman Street<br>Camas, Washington 98607-8401 | Robert Jr. & Lori Schoider<br>74187 Jack Lloyd Road<br>Abita Springs, Louisiana 70420-2729 |
| Samantha Simms Tullis McAshan<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 | Self Directed IRA FBO<br>Barry A. Breeland IRA<br>105 Ferncliff Circle<br>Daphne, Alabama 36526-7835 | Shannon L. Collins<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 |

| | | |
|---|---|---|
| The Christopher Dunworth McMahon Trust<br>1100 Poydras, Ste. 1700<br>Attn: Catherine Davidson<br>New Orleans, Louisiana 70163-1116 | William Alexander Crutcher McAshan<br>P.O. Box 15167<br>New Orleans, Louisiana 70175-5167 | William Gwyn<br>123 Walnut Street, Apt. 603<br>New Orleans, LA 70118-4845 |
| Charlotte Collins Meade<br>P.O. Box 15167<br>New Orleans, LA 70175-5167 | Connie Sampognaro<br>315 South College Rd Ste. 163<br>Lafayette, LA 70503-3264 | Greg Sampognaro<br>2503 Broadmoor Blvd.<br>Monroe, LA 71201-2987 |
| Kenneth Alexander McAshan<br>P.O. Box 15167<br>New Orleans, LA 70175-5167 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130-3238 | S. Gene Fendler<br>Liskow & Lewis<br>701 Poydras Street<br>Suite 5000<br>New Orleans, LA 70139-5000 |
| Samantha Simms McAshan<br>P.O. Box 15167<br>New Orleans, LA 70175-5167 | Thomas E. Schafer III<br>328 Lafayette Street<br>New Orleans, LA 70130-3244 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41