**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:** | **Case No.: 13-12120** |
| **LEVEL III TRADING PARTNERS, LP** | |
| Debtor | **Chapter 11** |
| | **Judge Magner** |

___

## ORDER

Considering the foregoing Motion for Rule 2004 Examination of Bruce A. Gwyn (P-63),

IT IS ORDERED that the Motion for Rule 2004 Examination of Debtor is GRANTED.

IT IS FURTHER ORDERED that Bruce A. Gwyn shall appear at 10:00 a.m. Wednesday, January 8th, 2013 at 650 Poydras Street, Suite 2150, New Orleans, Louisiana to be examined pursuant to F.R.B.P. 2004.

IT IS FURTHER ORDERED that Bruce A. Gwyn shall produce the following at the examination:

1. Complete copies of filed personal federal tax returns for the years 2010, 2011, and 2012.

2. Any document, communications, or electronic data, including receipts and bank account statements, which show a transfer of funds to any account which you or your wife had personal signing authority from any account of the debtor or any business or entity in which the debtor had an interest at the time of such transfer, from the years 2011, 2012, and 2013 year to date.

3. All documents, communications, or electronic data relating to or referencing GAGA, LLC and BASCO, LLC.

4. All documents, communications, or electronic data in which show or refer to any transfer of funds from GAGA, LLC or BASCO, LLC to any account owned by you or any member of your family, or any account on which you or any member of your family had signing authority.

5. All documents, communications, or electronic data that show or refer to any loan from you to the debtor or to any business or other entity in which the debtor own an interest.

6. All documents, communications, or electronic data referencing Lodwick Energy I, LLC.

7. All documents, communications, or electronic data that evidence any rent or administrative expenses that the debtor owed you from for the years 2011 through the present.

8. Any personal financial statement prepared for you or by you since 2011.

9. All documents, communications, or electronic data that show your ownership interest in any investment property or businesses, including tax-deferred retirement accounts or annuities.

10. Documents listing of all of your personal assets and liabilities.

11. All documents, communications, or electronic data sent or received between you and Andrew V. Reid from 2011 to the present relating to any business entity or asset in which the debtor held or holds an interest.

12. All documents, communications, or electronic data in your possession related to Treaty Energy Corp., or your role as an officer and director of Treaty Energy Corp.

13. All documents, communications, or electronic data in your possession related to any investment made by you on your own behalf in the amount of $5000 or greater, since the year 2011 to the present.

New Orleans, Louisiana, December 4, 2013.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge