**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:                                                    Case No.: 13-12120
**LEVEL III TRADING PARTNERS, LP**
   **Debtor**                                     **Chapter 11**

                                           **Judge Magner**

## EXHIBIT "A" TO SECOND AMENDED OMNIBUS OBJECTION TO CLAIMS

     The following claim holders are affected by the Second Amended Omnibus Objection To Claims, listed alphabetically herein and cross-referenced by claim number pursuant to F.R.B.P. 3007(e).

     **The grounds for the objection to each claim are the same, and stated in the Second Amended Omnibus Objection on pages 2 through 4.**

| | |
|---|---|
| John Richard Acland: | Claim 13-1 |
| Barry A. Breeland IRA: | Claim 18-1 |
| William Gwyn: | Claim 20-1 |
| James A. Ghio: | Claim 23-1 |
| Jennifer Jung: | Claim 22-1 |
| John & Amanda Madden: | Claim 14-1 |
| The Christopher Dunworth McMahon Trust: | Claim 19-1 |
| John McManus & Rhonda Rossi: | Claim 15-1 |
| Robert B. McManus: | Claim 16-1 |
| Anne Partridge IRA: | Claim 21-1 |