**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE LEVEL III TRADING PARTNERS, L.P. | * * * | CASE NO. 13-12120 |
| | * | CHAPTER 11 |
| Debtor | * * | JUDGE MAGNER |
| | * | |

**SECOND AND FINAL APPLICATION FOR COMPENSATION BY**
**<u>STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC</u>**

NOW INTO COURT comes Stanley, Reuter, Ross, Thornton & Alford, LLC ("SRRTA"), counsel for Elizabeth Andrus in her capacity as Trustee of the Level III Trading Partners, LP Litigation Trust ("the Litigation Trust"), who files its Second and Final Application for Compensation. In support of this Application, SRRTA represents as follows.

I.

This matter was filed under Chapter 7 on August 5, 2013, and converted to a Chapter 11 proceeding by the Court's Order dated October 16, 2013. Pursuant to the Chapter 11 Plan confirmed by the Court on July 11, 2014, the Litigation Trust was created and the original Trustee appointed for the purpose of pursuing claims and causes of action belonging to the Debtor's Estate.

II.

Pursuant to the Litigation Trust Agreement, the Trustee, on behalf of the Litigation Trust, filed an Application to Employ Attorneys seeking to employ SRRTA, The Voorhies Law Firm, and Young, Cotter & Meade, LLC (now Young Meade, LLC) (collectively "Trustee's Counsel") on a contingency fee basis to prosecute the lawsuit filed on behalf of the Litigation Trust in the Eastern District of Louisiana, originally captioned *Cotter v. Bruce Gwyn, et al.*, Civ. A. No. 15-4823, now captioned *Andrus v. Bruce Gwyn*, *et al*. (the "Litigation"). This Court approved the Application to Employ Attorneys on September 28, 2015 (Doc. 281). Pursuant to the Court's

Order, Trustee's Counsel were retained as the attorneys for the Trustee and Litigation Trust in the Litigation to be compensated on a contingency fee basis in the amount of 33 and 1/3% of the gross recovery in that matter, plus expenses, to be shared between the employed firms pursuant to their agreement with the Trustee.

III.

Trustee's Counsel filed the Litigation on September 28, 2015 and prosecuted the action diligently. In particular, SRRTA's work included defeating motions to dismiss filed by defendants Kaplan & Co., Turn Key Hedge Funds, Inc, and Michael Lapat, engaging in extensive written and paper discovery with the parties to the Litigation and through third-party subpoenas, taking the depositions of Kaplan & Co., Howard Kaplan, Turn Key Hedge Funds, Inc. and Mr. Lapat, retaining and working with an expert, and preparing the case for the jury trial that was set to begin on June 4, 2018. The parties reached a global settlement of the matter following a settlement conference with the Magistrate Judge on April 3, 2018, however, and the Trustee filed an Application to Compromise Controversies and Motion to Approve Settlement on May 25, 2018 (Doc. 335). The Court granted the Application and Motion on June 19, 2018 (Doc. 341).

IV.

Pursuant to the Settlement Agreement between the parties in *Andrus v. Cotter*, as of the date of SRRTA's First Application, defendant Kaplan & Co. had paid the sum of $368,000 to the Litigation Trust and Turn Key Hedge Funds had paid a first installment of $15,000 of the total of $45,000 it agreed to pay in settlement. Trustee's Counsel have agreed with the Trustee that SRRTA is entitled to seek and, with the Court's approval, retain the entire 33 and 1/3% contingency attorney's fee due on the amounts contributed to the settlement by Kaplan & Co. and Turn Key Hedge Funds, as well as be reimbursed for the litigation expenses it incurred in the

representation of the Trustee. Accordingly, SRRTA filed a First Application on July 23, 2018, seeking the Court's approval to be compensated an attorney's fee in the amount of $127,666 (33 and 1/3% of $383,000 – the amount paid by Kaplan and Turn Key as of that date) plus its reasonable expenses incurred, which totaled $82,282.09. The Court approved the First Application at a hearing on August 21, 2018 and issued an Order on August 29, 2018 (Doc. 346).

V.

On September 14, 2018, Turn Key Hedge Funds paid to the Trustee the entirety of the $45,000 settlement amount. Pursuant to the agreement between Trustee's Counsel and the Trustee, SRRTA is entitled to seek and, with the Court's approval, retain 33 and 1/3% contingency attorney's fee due on the additional $30,000 contributed to the global settlement by Turn Key Hedge Funds. Accordingly, SRRTA seeks for its final application for compensation, an additional attorney's fee of $10,000 (33 and 1/3% of $30,000).

WHEREFORE, SRRTA prays that this Second and Final Application be deemed good and sufficient to establish cause for an award of $10,000 in attorney's fees from the funds contributed to the global settlement by Turn Key Hedge Funds.

Respectfully submitted,

*/s/   Jennifer L. Thornton*
**STANLEY, REUTER, ROSS, THORNTON
 & ALFORD**
**Jennifer L. Thornton** (LSBA #27109)
**Eva J. Dossier** (LSBA # 35753)
**M. Rebecca Cooper** (LSBA # 37080)
**Christian Chaney** (LSBA # 37068)
909 Poydras St., Suite 2500
New Orleans, Louisiana  70112
Telephone:  (504) 523-1580

Counsel for Trustee, Elizabeth Andrus

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies the foregoing Motion was served on all parties, creditors, and the US Trustee through the ECF filing system and-or email on September 26, 2018, and/or first-class mail on September 26, 2018. The attached creditor matrix identifies the addresses of those served.

*/s/ Jennifer L. Thornton*